## LEWIS v. STATE.
### No. 22789.

Court of Criminal Appeals of Texas.
March 8, 1944.

C. O. McMillan, of Stephenville, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for selling whisky in dry area, punishment assessed being a fine of $100.

The case is before us without bills of exception. The facts support the conviction.

The judgment is affirmed.

## SPENDOR v. STATE.
### No. 22788.

Court of Criminal Appeals of Texas.
March 8, 1944.

C. O. McMillan, of Stephenville, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the county court of Erath County for a violation of the liquor laws, and his punishment was assessed at a fine of $100.

The record is before this court without bills of exceptions. The complaint and information appear to be in proper form, and the statement of facts supports the verdict and judgment.

The judgment is therefore affirmed.